**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Matthew W. Gross, SBN 324007
mgross@porterscott.com
Jeffery M. Isaacs, SBN 338853
Jisaacs@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
YUBA COUNTY and DAVID WHITEAKER
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO CHAVEZ, | CASE NO.  2:25-CV-02920-TLN-AC |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| YUBA COUNTY; DAVID WHITEAKER; and DOES 1 through 10, inclusive, | Complaint Filed: 10/09/2025 |
| Defendants. | |
| _____/ | |

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff RODOLFO CHAVEZ ("Plaintiff") and Defendants YUBA COUNTY and DAVID WHITEAKER ("Defendants"), by and through their respective attorneys of record, as follows:

## RECITALS

WHEREAS, Defendants timely raised concerns that Plaintiff's Fourth and Fifth Causes of Action (Monell Claims) in his Complaint failed to state a cause of action as pleaded and that they intended to file a Motion to Dismiss the same;

WHEREAS, Defendants timely filed a Motion to Dismiss Plaintiff's Fourth and Fifth Causes of

1

**STIPULATION AND ORDER**

Action;

WHEREAS, Plaintiff timely filed a Notice of Non-Opposition to Defendants' Motion to Dismiss Plaintiff's Fourth and Fifth Causes of Action;

NOW THEREFORE, it is hereby stipulated and agreed by and between Plaintiff Rudolfo Chavez and Defendants Yuba County and David Whiteaker, by and through their respective undersigned counsel, that the parties agree to dismiss Plaintiff's Fourth Cause of Action, alleging a violation of 42 U.S.C. § 1983 federal claim for failure to property train and for failure to properly hire / fire / discipline (against Defendant County), and Plaintiff's Fifth Cause of Action, alleging a violation of 42 U.S.C. § 1983 claim against local governing body defendants based on official policy, practice, or custom (against Defendant County), with prejudice.

The currently pending Defendants' Motion to Dismiss (ECF 7) shall be determined moot following the parties' stipulation and order from the Court.

Dated:  January 27, 2026                PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                         /s/Jeffery M. Isaacs_____
                                            Matthew W. Gross
                                            Jeffery M. Isaacs
                                            Attorneys for Defendants


Dated:  January 27, 2026                LAW OFFICE OF GREGORY PEACOCK

                                         /s/Gregory Peacock *(Authorized on 1/27/26)*___
                                            Gregory Peacock
                                            Attorneys for Plaintiff

**STIPULATION AND ORDER**

## ORDER

The Court, having reviewed the stipulation of the parties and finding good cause therefore, hereby Orders that:

1. Plaintiff's Fourth Cause of Action, alleging a violation of 42 U.S.C. § 1983 federal claim for failure to property train and for failure to properly hire / fire / discipline (against defendant county), and Plaintiff's Fifth Cause of Action, alleging a violation of 42 U.S.C. § 1983 claim against local governing body defendants based on official policy, practice, or custom (against defendant county), are dismissed, with prejudice.

2. Defendants' Motion to Dismiss (ECF 7) shall be determined moot following the dismissal of Plaintiff's *Monell* claims described above.

**IT IS SO ORDERED.**

Dated: January 27, 2026

_____
Troy L. Nunley
Chief United States District Judge

**STIPULATION AND ORDER**